IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOE WELCH,

    Petitioner,

v.

    Case No. 19-cv-889-wmc

MATTHEW MARSKE,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 6/30/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |